UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Safron Huot, | Case No. 17-cv-2661 (WMW/KMM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Montana State Department of Child and Family Services, Montana Supreme Court, Deer Lodge County District Court of Montana, Judge Ray Dayton, Cal Boyal, Cindy Johnson, Deer Lodge Medical Center, M.D. Wayne R. Martin, Susanne M. Clague, Ben Krakowka, Susan Day, Dave Fenchak, Mary Jo Fortner, and Roger Fortner, | |
| Defendants. | |

This matter is before the Court on the July 31, 2017 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 7.) The R&R recommends dismissing Plaintiff Safron Huot's complaint for improper venue, (Dkt. 1), and denying as moot Huot's remaining motions, (Dkts. 2, 3, 4). Objections to the R&R have not been filed in the time period permitted. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

## ORDER

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The July 31, 2017 R&R, (Dkt. 7), is **ADOPTED**;

2. Plaintiff Safron Huot's complaint, (Dkt. 1), is **DISMISSED**;

3. Plaintiff Safron Huot's application to proceed in forma pauperis, (Dkt. 2), is **DENIED AS MOOT**;

4. Plaintiff Safron Huot's motion for appointed counsel, (Dkt. 3), is **DENIED AS MOOT**; and

5. Plaintiff Safron Huot's motion to set aside adoption and reinstate full parental rights, (Dkt. 4), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 31, 2017
                                                                       s/Wilhelmina M. Wright
                                                                        Wilhelmina M. Wright
                                                                        United States District Judge